IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ARCAP ENVIRONMENTAL LLC                                    PLAINTIFF

v.                          No. 4:24-cv-799-DPM

ALAMO SUPPLIES LLC                                         DEFENDANT

## JUDGMENT

ARCAP's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 March 2025